UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81877-Civ-Middlebrooks

DANIEL LUGO,

        Plaintiff,
v.

CAPITAL VACATIONS, LLC, et al,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff, DANIEL LUGO, and Defendants, CAPITAL VACATIONS, LLC and CAPITAL VACATIONS RESORT MANAGEMENT, LLC, by and through their undersigned counsel, and hereby give notice that Plaintiff, DANIEL LUGO, and Defendants, CAPITAL VACATIONS, LLC and CAPITAL VACATIONS RESORT MANAGEMENT, LLC, have reached a settlement in the above captioned matter and are in the process of satisfying the conditions necessary for the dismissal of this action.

Dated: December 19, 2022

/s/Drew M. Levitt
DREW M. LEVITT
Florida Bar No. 782246
drewmlevitt@gmail.com
LEE D. SARKIN
Florida Bar No. 962848
LSarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff

/s/John T. Sullivan
JOHN T. SULLIVAN
Pro Hac Vice
Sullivan.jack@dorsey.com
50 South Sixth Street
Suite 1500
Minneapolis, Mn. 55402
Telephone (612) 340-2600
Attorney for Defendant